UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS ANNUITY FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, by FRANK SPENCER
and PAUL O'BRIEN, as CO-CHAIRMEN OF THE
BOARD OF TRUSTEES, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-MANAGEMENT
CORPORATION, and THE DISTRICT COUNCIL FOR
NEW YORK CITY AND VICINITY, UNITED
BROTHERHOOD CARPENTERS AND JOINERS OF
AMERICA, BY FRANK SPENCER, AS SUPERVISOR
OF THE DISTRICT COUNCIL FOR NEW YORK CITY
AND VICINITY, UNITED BROTHERHOOD
CARPENTERS AND JOINERS OF AMERICA,

11 CIV 1291 (PAC)
ECF CASE

**DEFAULT JUDGMENT**

Plaintiffs,

-against-

BAYSIDE CONCRETE, INC.,

Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05 MAY 2011

This action having been commenced on February 24, 2011 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant, Bayside Concrete, Inc., on March 8, 2011 by delivering one (1) true copy of the same to the Secretary of the State of New York, pursuant to Section 307(b) of New York Business Corporation Law, and a proof of service having been filed on March 22, 2011, and by registered mail on March 4, 2011, and proof of service having been filed on March 22, 2011, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on April 19, 2011, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant, pursuant to the arbitration award, in the principal amount of $27,527.97 plus interest of 5.25% per annum from the date of said award, August 2, 2010, through the date of entry of this judgment, totaling $1,092.82, in addition to attorneys' fees and costs in the amount of $1,974.00 for a total of $30,594.79.

Dated: May 5, 2011
New York, New York

*Paul Crotty*
Honorable Paul A. Crotty
United States District Judge

This document was entered on the docket on _____.